

FILED

2017 AUG 24 PM 2:02

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

**WALTER LEE WRIGHT,**
Plaintiff,

vs.    CASE NO: 3:17-cv-1001-J-39OBT

**MELBA V. PEARSON,** Assistant State Attn.
Defendant.

_____/

## I.   PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

| | |
|---|---|
| Name of Plaintiff: | **WALTER LEE WRIGHT** |
| Inmate Number: | DC# B04096 |
| Prison or Jail: | Prison |
| Mailing address: | Hamilton Correctional Institution |
| | 10650 S.W. 46th Street |
| | Jasper, Fl. 32052 |

## II.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

## III. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action? **NO**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action? **NO**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact of manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)? **N/A**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Walter L. Wright v. Martin = 1:15-cv-189-MP-GRJ (Closed Case)
APPEAL PENDING [Same Issue]
Walter L. Wright v. Edmond = 1:15-cv-208-MP-GRJ (Fail to state claim)
APPEAL PENDING [Same Issue]

IV. **PARTIES:** In part of A this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

Walter Lee Wright / Plaintiff
Hamilton Correctional Institution
10650 S.W. 46th Street
Jasper, Fl. 32052

Melba Pearson / Defendant
1350 N.W. 12th Ave
Miami, Fla. 33136-2102
Assistant State Attorney, Office of the State Attorney

## V. STATEMENT OF CLAIMS: *(Against Defendant Melba V. Pearson)*

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Plaintiff supports the following claims by references in the Statement of Facts.

*(Against Defendant Melba V. Pearson)*

1. Defendant Melba V. Pearson, Assistant State Attorney, violated Plaintiff Walter Lee Wright's, Fourteenth Amendment Right to Due Process by refusing to provide requested evidence for DNA testing, has deprived Wright his liberty interests to utilize the State procedures that will help demonstrate Wright innocence and/or exonerate Wright of the alleged crime Wright was sentenced to or help provide Wright with evidence that will mitigate Wright's sentence.

## VI. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. in describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

2. While housed at Hamilton correctional Institution; 10650 S.W. 46th Street, Jasper, FL 32502, Plaintiff Walter Lee Wright, filed a Motion for Postconviction DNA testing/Memorandum of Law, in the Circuit Court of the eleventh Judicial Circuit in and for Miami-Dade County, FL on Date: October 20, 2015. See Ex. <u>A</u>.

3. Without Plaintiff receiving an order from the courts for the State to respond, the State filed it's "State's Response to Pro-se Motion for Post Conviction DNA Testing." On Date: December 4, 2015. See Ex. <u>B</u>.

4. Defendant Melba V. Pearson, Assistant State Attorney, while under color of State laws, violated Plaintiff Walter L. Wright, Fourteenth Amendment right to due process by refusing to provide requested evidences for DNA testing.

5. On December 9, 2015, Circuit Judge Cristina Miranda issued an Order Denying Walter Wright's Pro-se Motion for Post Conviction Relief for DNA testing. See Ex. C.

6. On December 23, 2015, Wright filed a Motion for rehearing, which was denied without a hearing on January 13, 2016. See Ex. D.

7. On February 16, 2016, Wright filed a timely Notice of Appeal to the Third District Court of Appeal. See Ex. E.

8. On April 27, 2016, the Third District Court of Appeal, Per Curiam, Affirmed the circuit Court's decision. See Ex. E.

9. On May 27, 2016, the Third District Court of Appeal, issued a Mandate. See Ex. E.

10. Plaintiff Wright does not challenge the decision of the Circuit Court or third District Court of Appeal; instead Wright challenges as unconstitutional the Florida Statute they authoritatively construed.

11. Wright was denied procedural due process afforded by Florida postconviction DNA Statute is construed by the Florida Courts.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

WHEREFORE, Plaintiff respectfully prays that this Court enter judgement granting Plaintiff:

12. Plaintiff seeking an injunctive relief. Plaintiff seeking this court to order the State to provide Plaintiff the DNA testing of the requested evidences (See Ex. A) and/or provide the proper proceedings afforded by Fla. Rule of Crim. Procedure 3.853 and all other court rules and laws surrounding this issue.

I DECLARE UNDER PENALTY Of PERJURY THAT THE FOREGOING IS TRUE AND CORRECT:

Signed this 22 day of August , 2017.

_____
(Signature of Plaintiff)

## IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ⁱ delivered to prison officials for mailing or ⁱ deposited in the prison's internal mail system on: the 22 day of August , 2017.

_____
(Signature of Plaintiff)